The People of the State of Illinois, Plaintiff-Appellee, *v.* Neil Krause, Defendant-Appellant.

(No. 54581;

First District—September 21, 1972.

Opinion by Mr. JUSTICE DEMPSEY.

Neil Krause, *pro se.*

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.

Dan M. Andre *et al.,* Plaintiffs-Appellants, *v.* Blackwell Electronics Industrial Co. Ltd. *et al.,* Defendants-Appellees.

(No. 55778;

First District—September 21, 1972.